1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL BAHR SHRINERS, an organization,<br><br>                                    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>et al.<br><br>                                   Defendants. | Case No.:  14cv1437-AJB (KSC)<br><br>**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFFS ALICE SMITH AND WILLIAM BYOUS** |

On December 15, 2016, this Court issued an Order to Show Cause, (Doc. No. 90), as to why Plaintiffs William Byous and Alice Smith should not be dismissed from this present action for failure to provide the requested Plaintiff Fact Sheets by the deadlines set by the Court. (*Id.* at 8.) Subsequent to this Order, on January 9, 2017, Plaintiff's counsel filed an Order to Show Cause Status Report. (Doc. No. 91.) The status report advised the Court that Plaintiff Alice Smith indicated that she no longer wished to pursue her case against Defendants. (*Id.* at 2.) In regards to Plaintiff William Byous, Plaintiff's counsel stated that at the time of the status report that they still had not heard from Mr. Byous despite sending him correspondence and leaving him a voicemail. (*Id.*)

During the January 10, 2017 hearing on the Order to Show Cause, both Plaintiff's and Defense counsel agreed to dismiss Plaintiff Smith from the present case as her intention

is to not pursue this case any further. As to Plaintiff Byous, Plaintiff's counsel informed the Court that they had sent correspondence to Plaintiff Byous as well as left him voicemails, but that he still failed to respond. Defense counsel then asked the Court to dismiss Plaintiff Byous from the case as he did not appear before the Court as ordered in the Order to Show Cause, and for his lack of attention and failure to communicate with counsel. Finding good cause, the Court agrees with Defense counsel.

Additionally, the Court was informed by Plaintiff's counsel that Plaintiff Tommy Nilson turned in his Verified Plaintiff Fact Sheet by the December 31, 2016 deadline. Thus, the Court declines to dismiss Plaintiff Tommy Nilson as it can be inferred that he still wishes to pursue this matter against Defendants.

Accordingly, for the reasons stated above, the Court **DISMISSES** Plaintiffs Alice Smith and William Byous from this case **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  January 10, 2017

Hon. Anthony J. Battaglia
United States District Judge

14cv1437-AJB (KSC)