# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL BAHR SHRINERS, an organization,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA, et al.<br><br>　　　　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS<br><br>AND RELATED CASES. | **Case No. 14CV01437-AJB (KSC)**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISSAL ALL CLAIMS OF PLAINTIFF AL BAHR SHRINERS AGAINST DEFENDANT FCA US LLC, f/k/a CHRYSLER GROUP LLC**<br><br>Related Case Nos.　14cv1759-AJB KSC<br>　　　　　　　　　　14cv1837-AJB KSC<br>　　　　　　　　　　14cv1963-AJB KSC<br>　　　　　　　　　　14cv2117-AJB KSC<br>　　　　　　　　　　14cv2810-AJB KSC<br>　　　　　　　　　　15cv1144-AJB KSC<br>　　　　　　　　　　15cv1196-AJB KSC<br>　　　　　　　　　　15cv2355-AJB KSC<br>　　　　　　　　　　15cv1469-AJB KSC<br>　　　　　　　　　　15cv1201-AJB KSC<br>　　　　　　　　　　15cv2718-AJB KSC<br><br>(Doc. No. 190) |

1  Having reviewed the joint motion filed by Plaintiff Al Bahr Shriners ("Plaintiff"),
2  on the one hand, and Defendant FCA US LLC, f/k/a Chrysler Group LLC ("FCA"), on
3  the other hand,

4  IT IS HEREBY ORDERED that all claims of Plaintiff against FCA *ONLY* are
5  DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys'
6  fees.

8  IT IS SO ORDERED.

10  Dated:  December 18, 2018

11  Hon. Anthony J. Battaglia
   United States District Judge