UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY AS SUBROGEE OF STEPHEN S. SMITH,<br><br>                         Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA, et al.,<br><br>                         Defendant. | Case No.: 16cv1750 AJB (KSC) AND ALL RELATED CASES<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**(Doc. No. 20)** |

    Having reviewed the joint motion filed by Plaintiffs Allstate Indemnity Company as subrogee of Stephen S. Smith, ("Plaintiff"), on the one hand, and 2) Defendant, FCA US LLC f/k/a CHRYSLER GROUP, LLC, on the other hand,

    IT IS HEREBY ORDERED that all claims of Plaintiff against FCA UC LLC f/k/a CHRYSLER GROUP, LLC ONLY are DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

    IT IS SO ORDERED.

Dated: February 5, 2019

                                                        Hon. Anthony J. Battaglia
                                                        United States District Judge