# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL BAHR SHRINERS, an organization,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, a government agency, et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-CLAIMS<br><br>AND RELATED CASES | Case No. 14cv1437-AJB(KSC)<br><br>Related Case No.   14cv1759-AJB KSC<br>14cv1837-AJB KSC<br>14cv1963-AJB KSC<br>14cv2117-AJB KSC<br>14cv2810-AJB KSC<br>15cv1144-AJB KSC<br>15cv1196-AJB KSC<br>15cv2355-AJB KSC<br>15cv1469AJB KSC<br>15cv1201-AJB KSC<br>15cv2718-AJB KSC<br>16cv1750-AJB-KSC<br><br>**ORDER GRANTING JOINT MOTIONS TO DISMISS WITH PREJUDICE** |

FOR GOOD CAUSE SHOWN the Joint Motions to Dismiss with Prejudice as to the lead case and all related cases is GRANTED.  As agreed to by the parties, each shall bear its own attorneys' fees and costs.  The Clerk of the Court shall close all cases.

IT IS SO ORDERED.

Dated:  August 29, 2019

Hon. Anthony J. Battaglia
United States District Judge